UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRICK SHALAKO HOUSTON,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>OFFENDERS MANAGEMENT DIVISION, *et al.*,<br>　　　　　　　　　Defendants. | Case No.  3:19-cv-00304-MMD-CLB<br><br>ORDER |

　　　The Court entered judgment on Plaintiff Brick Shalako Houston's case on February 24, 2020. (ECF No. 15.) After denying Plaintiff's motion for reconsideration (ECF No. 19) in part and granting it in part, Plaintiff's case was dismissed without prejudice. (ECF No. 21.) Plaintiff appealed, but the Ninth Circuit dismissed the appeal for failure to prosecute. (ECF No. 31.) Accordingly, the Court denies Plaintiff's motion for legal supplies (ECF No. 30) as moot in this closed case.

　　　DATED THIS 19th Day of November 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE